## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSEPH DISABELLA, ET AL.,   :
           :
   Plaintiff,     :
           :  CIVIL ACTION NO. 3:CV-06-0428
   vs.      :
           :  (JUDGE CAPUTO)
MAKITA USA, INC.     :
           :
   Defendant,    :
           :

## ORDER

**NOW**, this _14th_ day of January, 2009, counsel having reported to the Court that the above case has been settled, IT IS HEREBY ORDERED that this case is dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reinstate the action within sixty (60) days of the date of this Order if settlement is not consummated.

A. Richard Caputo
United States District Judge